UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

RONALD HARRIS, JR.

Defendant.

Criminal No. 11-339 (FSH)

**ORDER**

This matter having come before the Court upon letter received August 7, 2012 from defendant Ronald Harris, Jr., through his counsel Alan Bowman, Esq., requesting that the self-surrender date of August 14, 2012 be extended to September 7, 2012; and for good cause shown;

**IT IS** on this 8th day of August, 2012,

**ORDERED** that the defendant's request to extend the self-surrender date to September 7, 2012 is hereby **GRANTED**; it is further

**ORDERED** that the defendant shall surrender to the United States Marshal for this District no later than 12:00p.m. on September 7, 2012; it is further

**ORDERED** that no further extensions will be granted; it is further

**ORDERED** that the Clerk of Court provide certified copies of this Order to the U.S. Marshal Service and U.S. Probation forthwith.

                                              s/ Faith S. Hochberg
                                              United States District Judge